IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 01-36 |
| | ) |
| LINDSEY, INEZ MERCER | ) |
| | ) |

## ORDER OF COURT

AND NOW, this 16th day of Dec, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that the Final Order of Forfeiture dated October 10, 2003 is amended so that the property located at 1021 Croton Avenue, New Castle, PA 16101 (the Croton Avenue Property) is hereby forfeited to the United States free and clear of all right, title and interest of any person or entity, including Inez Mercer Lindsey, except subject to the life estate held by Evans O. Lindsey as a tenant by the entireties, in accordance with the decision in *United States v. Parcel of Real Property Known as 1500 Lincoln Avenue*, 949 F. 2d 73, 78 (3d Cir. 1991).

Except as modified hereby, the Final Order of Forfeiture dated October 10, 2003 remains in full force and effect.

_____
UNITED STATES DISTRICT JUDGE